JUNE 14, 2004

No. 03–284. SOCIETE NATIONALE DES CHEMINS DE FER FRANCAIS *v.* ABRAMS ET AL. C. A. 2d Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Republic of Austria* v. *Altmann,* 541 U. S. 677 (2004).

No. 03–500. REPUBLIC OF AUSTRIA ET AL. *v.* WHITEMAN ET AL.; and

No. 03–517. REPUBLIC OF POLAND ET AL. *v.* GARB ET AL. C. A. 2d Cir. Certiorari granted, judgment vacated, and cases remanded for further consideration in light of *Republic of Austria* v. *Altmann,* 541 U. S. 677 (2004).

No. 03–741. HWANG GEUM JOO ET AL. *v.* JAPAN. C. A. D. C. Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Republic of Austria* v. *Altmann,* 541 U. S. 677 (2004).

No. 03–1348. KO *v.* NEW YORK. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Crawford* v. *Washington,* 541 U. S. 36 (2004).

No. 03–9788. MARTIN *v.* NEBRASKA BOARD OF PAROLE. Ct. App. Neb. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8.